UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL RENOWITZKY, <br> Plaintiff, <br> v. <br> THE PEOPLE OF THE UNITED STATES, <br> Defendant. | Case No. 17-cv-05365-DMR <br><br> **ORDER TO SHOW CAUSE** |

On September 15, 2017, Pro se Plaintiff Carl Renowitzky filed suit in this Court. [Docket No. 1.] The court set the Initial Case Management as December 20, 2017. *See* Order Setting Initial Case Management Conference and ADR Deadlines [Docket No. 2].

Since the filing of the lawsuit, Mr. Renowitzky has not responded to communications from this court. Several Clerks' Notices have been returned as undeliverable from the mailing address Mr. Renowitzky provided to the court. *See, e.g.,* Docket Nos. 5, 6, 9. Because Mr. Renowitzky did not file a change of address, the court tried to reach him via an e-mail address he listed for a previously dismissed case. On December 13, 2017, the Clerk e-mailed Mr. Renowitzky, advising him that the court had been trying to reach him. The Clerk also attached the prior Clerks' Notices and the Order Setting Initial Case Management Conference and ADR Deadlines, informed Mr. Renowitzky of the upcoming Case Management Conference on December 20, 2017 at 1:30 p.m., and notified him that he needed to appear at the Case Management Conference in person. The Clerk's December 13, 2017 e-mail was not returned as undeliverable.

On December 20, 2017, the court held the Initial Case Management Conference. Mr. Renowitzky did not make an appearance. [Docket No. 10].

//

//

//

Accordingly, the court ORDERS Mr. Renowitzky to respond by **January 2, 2018** and explain why this case should not be dismissed for failure to prosecute. Failure to respond by **January 2, 2018** may result in dismissal of this action.

**IT IS SO ORDERED.**

Dated: December 20, 2017



Donna M. Ryu
United States Magistrate Judge