UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARL RENOWITZKY,

Plaintiff,

v.

THE PEOPLE OF THE UNITED STATES,

Defendant.

Case No. 17-cv-05365-VC

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Re: Dkt. No. 13

The Court has reviewed Judge Donna Ryu's Report and Recommendation for Dismissal of the Action for Failure to Prosecute, and notes there are no objections to the Report. The Court adopts the Report in every respect. Accordingly, the case is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: February 9, 2018

_____

VINCE CHHABRIA
United States District Judge